ACCEPTED
06-15-00057-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/2/2015 4:27:35 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00057-CR

| | | |
|---|---|---|
| MARCUS LESLIE, | § | ON APPEAL FROM THE |
| Appellant | § | |
| | § | 5TH JUDICIAL DISTRICT |
| VS. | § | |
| | § | |
| STATE OF TEXAS, | § | COURT OF BOWIE COUNY |
| Appellee | § | TEXAS |

FILED IN
6TH COURT OF APPEALS
TEXARKANA, TEXAS
10/2/2015 4:27:35 PM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her below named Criminal District Attorney and for its Motion for Belated Filing of Appellee's Brief states as follows:

I.

1. This case is pending from the 5th Judicial District of Bowie County, Texas.

2. The case is styled State of Texas v. Marcus Leslie, Cause No. 13F1027-005.

3. Appellant was found guilty of the felony offense of Possession of a Firearm by a Felon and sentenced to fifty (50) years in the Texas Department of Criminal Justice.

4. Appellant's Brief was filed with this Court on September 2, 2015, making the State's Brief originally due on or about October 2, 2015.

5. The State has not previously requested an extension of time for filing a brief.

II.

The Brief was not timely prepared in this matter due to the press of the business, both trial and appellate. Said business includes, but is not limited to, the following since Appellant's brief was filed:

- Preparation of the Appellate brief in Donald Brown v. State of Texas, Cause No. 06-14-00183-CR, which was filed on September 9, 2015.

- Pre-trial meetings and trial preparation for the trial of State of Texas v. Richard Turner throughout the week of September 8-11, 2015. The trial began in the 102nd District Court of Bowie County on September 15, 2015 and concluded September 18, 2015.

- Preparation of the Appellate brief in Bennie Johnson v. State of Texas, Cause No. 06-14-00194-CR, which was filed on September 21, 2015.

- Preparation and attendance at the pre-indictment and trial dockets in the 5th District Court on September 21, 2015.

- Preparation of the Appellate brief in Terrence Davis v. State of Texas, Cause No. 06-15-00011-CR, which was filed on September 30, 2015.

- Preparation and attendance at the Grand Jury Proceedings on October 1, 2015 at the Bowie County Courthouse in New Boston, Texas.

- Preparation and attendance at the hearing on Defendant's Motion for New Trial in State of Texas v. Gary Carson, on October 2, 1015.

III.

The State's attorney has been diligent in pursuing this appeal. This motion is made in good faith and not for purposes of delay.

**PRAYER**

WHEREFORE, on the bases of Rule 73 rule of the Texas Rules of Appellate Procedure, the State respectfully requests this court to grant the Motion for Extension of Time for the filing of the State's Brief.

Respectfully submitted,

\_\_/s/ Lauren N. Sutton_____
LAUREN N. SUTTON
Texas Bar No. 24079421
601 Main Street
Texarkana, TX 75501
ASSISTANT DISTRICT
ATTORNEY

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time for Filing State's Brief was forwarded to Mr. Troy Hornsby counsel for Appellant, on this the 2nd day of October, 2015.

\_\_/s/ Lauren N. Sutton_____
LAUREN N. SUTTON